Arlana S. Cohen (asc@cll.com)
Michael G. Gabriel (mgg@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9237
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

VEGTRUG USA, LLC,

      Plaintiff,

 -against-

T & L CEDAR LAWN FURNITURE, INC.  d/b/a
WOODCOUNTRY.COM and HAYNEEDLE INC.
d/b/a SIMPLYPLANTERS.COM,

      Defendant.

------------------------------------------------------------- x

Civil Action No. 12cv6192 (VB)

ECF Case

**NOTICE OF APPEARANCE**

**FILED ELECTRONICALLY**

    PLEASE TAKE NOTICE that the undersigned appears as attorney for Defendants WOODCOUNTRY.COM and HAYNEEDLE INC. d/b/a SIMPLYPLANTERS.COM, herein, and requests that copies of all papers in this action be served upon her at the address stated below.

Dated: New York, New York
    September, 2012

            COWAN, LIEBOWITZ & LATMAN, P.C.

        By:
          s/Arlana S. Cohen
         Arlana S. Cohen (asc@cll.com)

         1133 Avenue of the Americas
         New York, New York  10036
         (212)790-9200

         Attorneys for Defendants