Arlana S. Cohen (asc@cll.com)
Michael G. Gabriel (mgg@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9237
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

VEGTRUG USA, LLC,

                Plaintiff,

  -against-

T & L CEDAR LAWN FURNITURE, INC. d/b/a WOODCOUNTRY.COM and HAYNEEDLE INC. d/b/a SIMPLYPLANTERS.COM,

                Defendant.

-------------------------------------------------------------- x

Civil Action No. 12cv6192 (VB)

ECF Case

**NOTICE OF APPEARANCE**

**FILED ELECTRONICALLY**

      PLEASE TAKE NOTICE that the undersigned appears as attorney for Defendants T & L CEDAR LAWN FURNITURE, INC. d/b/a WOODCOUNTRY.COM and HAYNEEDLE INC. d/b/a SIMPLYPLANTERS.COM, herein, and requests that copies of all papers in this action be served upon him at the address stated below.

Dated: New York, New York
       September 14, 2012

      COWAN, LIEBOWITZ & LATMAN, P.C.

By:   s/Michael G. Gabriel
     Michael G. Gabriel (mgg@cll.com)

1133 Avenue of the Americas
New York, New York 10036
(212)790-9200

Attorneys for Defendants

29825/001/1339904.1