```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-17-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VEGTRUG USA, LLC

                Plaintiff,

    -against-                         Civil Action No. 12-cv-6192 (VB)

WOODCOUNTRY.COM and HAYNEEDLE INC.     **STIPULATION EXTENDING**
d/b/a SIMPLYPLANTERS.COM,                       **TIME TO RESPOND**
                                                                   **TO COMPLAINT**

                Defendants.

------------------------------------------------------------X

Defendant T&L Cedar Lawn Furniture, Inc. d/b/a WoodCountry.com ("T&L") and Defendant Hayneedle, Inc. d/b/a Simplyplanters.com ("Hayneedle") (collectively, "Defendants") and Plaintiff Vegtrug USA, LLC herein jointly stipulate and move for an extension of time to respond to the complaint in the above-captioned matter until October 1, 2012 from the original due date of September 13, 2012. This is the first such request for an extension. The request is made because counsel for Defendant T&L and Defendant Hayneedle was recently retained.

Dated: New York, New York
         September 13, 2012

**LEASON ELLIS LLP**                                  **COWAN, LIEBOWITZ & LATMAN, P.C.**

By: /Cameron Sean Reuber/                     By: /Michael G. Gabriel/
     Cameron Sean Reuber (CR7001)              Michael G. Gabriel (mgg@cll.com)
Peter S. Sloane (PS7204)                          Arlana S. Cohen (asc@cll.com)
One Barker Avenue, 5th Floor                 1133 Avenue of the Americas
White Plains, NY 10601                            New York, NY 10036
Tel: (914) 288-0022                               Tel: (212) 790-9200
Fax: (914) 288-0023                              Fax: (212) 575-0671
Email: reuber@leasonellis.com              Attorneys for Defendants
Attorneys for Plaintiff                           T&L and Hayneedle

29825/001/1339678.1

IT IS SO ORDERED, this 14 day of September, 2012.

_____
U.S.D.J.