Briccetti, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

VEGTRUG USA, LLC

                     Plaintiff,

    -against-

WOODCOUNTRY.COM and HAYNEEDLE INC.
d/b/a SIMPLYPLANTERS.COM,

                     Defendants.

------------------------------------------------------------- x

Civil Action No. 12-cv-6192 (VB)

**STIPULATION EXTENDING
TIME TO RESPOND
TO COMPLAINT**

Defendant T&L Cedar Lawn Furniture, Inc. d/b/a WoodCountry.com ("T&L") and Defendant Hayneedle, Inc. d/b/a Simplyplanters.com ("Hayneedle") (collectively, "Defendants") and Plaintiff Vegtrug USA, LLC herein jointly stipulate and move for an extension of time to respond to the complaint in the above-captioned matter until October 1, 2012 from the original due date of September 13, 2012. This is the first such request for an extension. The request is made because counsel for Defendant T&L and Defendant Hayneedle was recently retained.

Dated: New York, New York
          September 13, 2012

LEASON ELLIS LLP

By: _____
    Cameron Sean Reuber (CR7001)
Peter S. Sloane (PS7204)
One Barker Avenue, 5th Floor
White Plains, NY 10601
Tel: (914) 288-0022
Fax: (914) 288-0023
Email: reuber@leasonellis.com
Attorneys for Plaintiff

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
    Michael G. Gabriel (mgg@cll.com)
Arlana S. Cohen (asc@cll.com)
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 790-9200
Fax: (212) 575-0671
Attorneys for Defendants
T&L and Hayneedle

So Ordered:

_____
U.S.D.J. Vincent L. Briccetti

Dated: September 18, 2012
White Plains, NY 10601

29825/001/1339678.1