# LEASON ELLIS

September 28, 2012

**BY FACSIMILE** to (914) 390-4170

Hon. Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

One Barker Avenue
Fifth Floor
White Plains, New York 10601
Tel: (914) 821-3075
Fax: (914) 288-0023

Cameron Reuber
Senior Litigation Associate
Reuber@leasonellis.com

RECEIVED SEP 28 2012
CHAMBERS OF VINCENT L BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

RE: *Vegtrug USA, LLC v. Woodcountry.com et al.*
Case No. 12-cv-06192-VB (S.D.N.Y.)

Dear Judge Briccetti:

We are counsel to Vegtrug USA, LLC, Plaintiff in the above-referenced matter. We write jointly with counsel for the Defendants, T&L Cedar Lawn Furniture, Inc. d/b/a WoodCountry.com and Hayneedle, Inc. d/b/a Simplyplanters.com in the above-referenced matter. The parties have stipulated to an extension of time for the Defendants to respond to the complaint until November 1, 2012, from the current due date of October 1, 2012, and request that the Court permit such extension. This is the second such request for an extension. The initial request was made because counsel for Defendants was only retained just prior to the response deadline. The current request is made because the parties believe that, now that defense counsel has become familiar with the facts underlying the dispute, settlement may be achievable without the need for further proceedings.

Per local practice, the enclosed stipulation was emailed to the Clerk of the Court in White Plains concurrently with this letter.

Should you require additional copies, please do not hesitate to contact us.

Respectfully submitted,

Cameron Reuber

Encl.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI
U.S.D.J.

MAP 10-1-12

{04819\608753-000\00243857.1}

# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

VEGTRUG USA, LLC,

                Plaintiff,

     -against-

WOODCOUNTRY.COM and HAYNEEDLE INC.
d/b/a SIMPLYPLANTERS.COM,

               Defendants.

------------------------------------------------------------- x

Civil Action No. 12-cv-6192 (VB)

**STIPULATION EXTENDING
TIME TO RESPOND
TO COMPLAINT**

     Defendant T&L Cedar Lawn Furniture, Inc. d/b/a WoodCountry.com and Defendant Hayneedle, Inc. d/b/a Simplyplanters.com (collectively, "Defendants") and Plaintiff Vegtrug USA, LLC herein jointly stipulate and move for an extension of time to respond to the complaint in the above-captioned matter until November 1, 2012 from the current due date of October 1, 2012. This is the second such request for an extension. The first request was made because counsel for Defendants had only been retained just prior to the response deadline. The current request is made because the parties believe that, now that defense counsel has become familiar with the facts underlying the dispute, settlement may be achievable without the need for further proceedings.

Dated: New York, New York
       September 28, 2012

LEASON ELLIS LLP

By: _____
Cameron Sean Reuber (CR7001)
Peter S. Sloane (PS7204)
One Barker Avenue, 5th Floor
White Plains, NY 10601
Tel: (914) 288-0022
Fax: (914) 288-0023
Email: reuber@leasonellis.com
Attorneys for Plaintiff

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
Michael G. Gabriel (mgg@cll.com)
Arlana S. Cohen (asc@cll.com)
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 790-9200
Fax: (212) 575-0671
Attorneys for Defendants

{04819\608753-000\00256789.1}